Cite as 2014 Ark. 358



# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADMINISTRATIVE ORDER NO. 17 — PROFESSIONAL PRACTICUM RULE | **Opinion Delivered** September 4, 2014 |

## PER CURIAM

The purpose of this order is to memorialize the application fee that has been set in the amount of $125.00 for applicants to take the professional practicum established by Administrative Order No. 17. Remittances of the fee shall be made by money order or cashier's check payable to the Clerk of the Supreme Court.